AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Curtis Lee Davis ) | Case No: 03-024 (JRT/FLN) |
| ) | USM No: 10817-041 |
| Date of Previous Judgment: 11/14/2003 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  121 months  months **is reduced to**  120 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29              Amended Offense Level: 27
Criminal History Category: 7 (IV)       Criminal History Category: 7 (IV)
Previous Guideline Range: 121 to 151 months   Amended Guideline Range: 120 to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  11/14/2003  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/27/2009                              s/John R. Tunheim
                                                    Judge's signature

Effective Date: _____                          John R. Tunheim, United States District Court Judge
(if different from order date)                      Printed name and title