# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 03-024 (JRT/FLN) |
| Plaintiff, | |
| v. | |
| CURTIS LEE DAVIS, | **ORDER** |
| Defendant. | |

Ann M Anaya, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Joseph Kaminsky, **KIMINSKY LAW OFFICE,** 6300 Shingle Creek Parkway, Suite 260, Brooklyn Center, MN 55430, for defendant.

This matter is before the Court on defendant's request for a furlough to attend his father's funeral. The Court has reviewed the request, conferred with Probation and the United States Attorney, and finds that the defendant shall not be allowed to be released on a furlough at this time.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's request for a furlough [Docket No. 54] is **DENIED**.

DATED: September 15, 2010
at Minneapolis, Minnesota.

                                                     s/ John R. Tunheim
                                                     JOHN R. TUNHEIM
                                              United States District Judge