# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CURTIS LEE DAVIS,<br><br>　　　　　　　Defendant. | Criminal No. 03-024 (JRT/FLN)<br><br><br>**ORDER** |

Ann M Anaya, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Curtis Lee Davis, #10817-041, FCI-Sandstone, Post Office Box 1000, Sandstone, MN 55072, pro se defendant.

This matter is before the Court on defendant's motion for an emergency interruption of sentence to attend the funeral services for his grandmother. The Court has reviewed the request, conferred with Probation and the United States Attorney, and finds that the defendant shall be allowed to be released on a furlough at this time.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's request for an emergency interruption of sentence [Docket No. 58] is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendant is permitted to be released from FCI-Sandstone at 6:00 p.m. on Sunday, February 27, 2011 to attend the funeral for his grandmother, Nellie Ruth Brown, and that he return to custody at FCI-Sandstone by noon on Tuesday, March 1, 2011. Defendant shall be released to his cousin Lavonda Laray

Davis (DOB 1/11/79) and/or his aunt Nellie Davis (DOB 1/15/59). Defendant shall reside at 3814 Thomas Avenue North, Minneapolis, during this time. The defendant is to contact US Probation Officer Odell Wilson upon arrival to Minneapolis and he will call when moving between locations. US Probation Officer Wilson may spot check his location throughout the release. The defendant will contact US Probation Officer Wilson upon his departure for FCI-Sandstone. The defendant will not receive custody credit for the time that he is on release.

DATED: February 24, 2011
at Minneapolis, Minnesota.                              s/ John R. Tunheim
                                                        JOHN R. TUNHEIM
                                                        United States District Judge